IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRIORITY HEALTHCARE CORPORATION, :<br><br>Plaintiff, :<br><br>v. :<br><br>AETNA SPECIALITY PHARMACY, LLC and AETNA HEALTH HOLDINGS, LLC, :<br><br>Defendants. : | C.A. No. 08-00148-JJF |

**STIPULATION AND ORDER TO EXTEND TIME
FOR DEFENDANTS TO RESPOND TO THE COMPLAINT**

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, subject to the approval of the Court, that the time for Defendants to move, answer or otherwise respond to the Complaint is extended to April 14, 2008.

April 1, 2008

| POTTER ANDERSON & CORROON LLP | ELLIOTT GREENLEAF |
|---|---|
| /s/ *Richard L. Horwitz* | /s/ *William M. Kelleher* |
| Richard L. Horwitz (#2246) | William M. Kelleher (#3961) |
| David E. Moore (#3983) | Neil R. Lapinski (#3645) |
| 1313 N. Market Street | 1000 West Street |
| Hercules Plaza, 6th Floor | Suite 1440 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Tel: (302) 984-6000 | Tel: (302) 384-9400, ext. 3 |
| rhorwitz@potteranderson.com | wmk@elliottgreenleaf.com |
| dmoore@potteranderson.com | nrl@elliottgreenleaf.com |
| *Attorneys for Plaintiff,* | *Attorneys for Defendants,* |
| *Priority Healthcare Corporation* | *Aetna Speciality Pharmacy, LLC And Aetna Health Holdings, LLC* |

SO ORDERED this _____ day of _____, 2008.

_____
Judge