IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **PRIORITY HEALTHCARE CORPORATION,**<br><br>Plaintiff,<br><br>v.<br><br>**AETNA SPECIALITY PHARMACY, LLC and AETNA HEALTH HOLDINGS, LLC,**<br><br>Defendants. | :<br>:<br>:<br>:<br>:  C.A. No. 08-00148-JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## MOTION TO DISMISS COMPLAINT FOR DECLARATORY JUDGMENT

Pursuant to F.R.Civ.P. 12(b)(1), the defendants, Aetna Specialty Pharmacy, LLC and Aetna Health Holdings, LLC, hereby move for dismissal of the Complaint for Declaratory Judgment for lack of jurisdiction. In support of this Motion, defendants incorporate the accompanying Brief of Defendants in Support of Motion to Dismiss Complaint for Declaratory Judgment.

Respectfully submitted,

ELLIOTT GREENLEAF

Date: April 14, 2008

/s/ *William M. Kelleher*
William M. Kelleher (#3961)
Neil R. Lapinski (#3645)
1000 West Street
Suite 1440
Wilmington, DE 19801
Tel: (302) 384-9400, ext. 3
wmk@elliottgreenleaf.com
nrl@elliottgreenleaf.com
*Attorneys for Defendants,*
*Aetna Speciality Pharmacy, LLC*
*And Aetna Health Holdings, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **PRIORITY HEALTHCARE CORPORATION,** : <br> : <br> Plaintiff, : <br> : <br> vii. : <br> : <br> **AETNA SPECIALITY PHARMACY, LLC and AETNA HEALTH HOLDINGS, LLC,** : <br> : <br> Defendants. : | C.A. No. 08-00148-JJF |

## ORDER

AND NOW, this ____ day of _____, 2008, upon consideration of the Motion of Defendants, Aetna Specialty Pharmacy, LLC and Aetna Health Holdings, LLC, to Dismiss Complaint for Declaratory Judgment, and Plaintiff's response thereto, if any, it is hereby ORDERED that Defendants' motion is GRANTED and the Complaint is dismissed with prejudice.

BY THE COURT:

_____
J.

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon the persons and in the manner indicated below:

**Via Electronic Filing and Service**

Richard L. Horwitz (#2246)
David E. Moore (#3983)
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Plaintiff*
*Priority Healthcare Corporation*

Dated: April 14, 2008                    */s/ William M. Kelleher*
                                          William M. Kelleher (I.D. No. 3961)