IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRIORITY HEALTHCARE CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 08-148 JJF |
| v. | ) |
| | ) |
| AETNA SPECIALITY PHARMACY, LLC, and | ) |
| AETNA HEALTH HOLDINGS, LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Joseph P. Conran, Christopher J. Valeriote, Omri E. Praiss and Christopher A. Smith of Husch Blackwell Sanders LLP, 190 Carondelet Plaza, Suite 600, St. Louis, MO 63105 to represent Plaintiff Priority Healthcare Corporation in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ Richard L. Horwitz
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated: April 21, 2008
858246 / 32814

*Attorneys For Plaintiff*
*Priority Healthcare Corporation*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Missouri and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: April 21, 2008   Signed:   /s/ Joseph P. Conran
Joseph P. Conran
Husch Blackwell Sanders LLP
190 Carondelet Plaza
Suite 600
St. Louis, MO 63105
Tel: (314) 480-1829
joe.conran@huschblackwell.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Missouri and Florida and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: April 21, 2008          Signed:     */s/ Christopher J. Valeriote*
                                          Christopher J. Valeriote
                                          Husch Blackwell Sanders LLP
                                          190 Carondelet Plaza
                                          Suite 600
                                          St. Louis, MO 63105
                                          Tel: (314) 480-1829
                                          chris.valeriote@huschblackwell.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Missouri and Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: April 21, 2008         Signed:    /s/Omri E. Praiss
                                        Omri E. Praiss
                                        Husch Blackwell Sanders LLP
                                        190 Carondelet Plaza
                                        Suite 600
                                        St. Louis, MO 63105
                                        Tel: (314) 480-1829
                                        omri.praiss@huschblackwell.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Missouri and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: April 21, 2008         Signed:    /s/ Christopher A. Smith
                                        Christopher A. Smith
                                        Husch Blackwell Sanders LLP
                                        190 Carondelet Plaza
                                        Suite 600
                                        St. Louis, MO 63105
                                        Tel: (314) 480-1829
                                        chris.smith@huschblackwell.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on April 21, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on April 21, 2008, the attached document was Electronically Mailed to the following person(s):

William M. Kelleher
Neil R. Lapinski
Elliott Greenleaf
1000 West Street, Suite 1440
Wilmington, DE  19801
wmk@elliottgreenleaf.com
nrl@elliottgreenleaf.com

/s/ Richard L. Horwitz
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

861096 / 32814