IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRIORITY HEALTHCARE CORPORATION : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> AETNA SPECIALITY PHARMACY, LLC : <br> and AETNA HEALTH HOLDINGS, LLC, : <br> : <br> Defendants. : <br> : | C.A. No. 08-00148-JJF |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of John M. Elliott, John P. Elliott, James C. Crumlish, III and Frederick P. Santarelli of Elliott Greenleaf & Siedzikowski, P.C., 925 Harvest Drive, Blue Bell, PA 19422, to represent Aetna Speciality Pharmacy, LLO and Aetna Health Holdings, LLC in this matter.

Dated: April 28, 2008         ELLIOTT GREENLEAF


/s/ *William M. Kelleher*
William M. Kelleher (#3961)
Neil R. Lapinski (#3645)
1000 West Street, Suite 1440
Wilmington, DE 19801
Tel: (302) 384-9400
wmk@elliottgreenleaf.com
nrl@elliottgreenleaf.com

*Attorneys for Defendants,*
*Aetna Speciality Pharmacy, LLC*
*and Aetna Health Holdings, LLC*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____         _____
                              Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of Bars of the United States Supreme Court, United States Court of Appeals for the Third Circuit, the United States District Courts for the Eastern, Western and Middle Districts of Pennsylvania, the District of Columbia and the Supreme, Superior and Commonwealth Courts of Pennsylvania, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Signed: *[signature]*

Date: 4/22/08

John M. Elliott
Elliott Greenleaf & Siedzikowski, P.C.
925 Harvest Drive
Blue Bell, PA 19422
Tel: 215-977-1004
jme@elliottgreenleaf.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bars of the Commonwealth of Pennsylvania, the United States District Courts for the Eastern and Middle Districts of Pennsylvania, United States Court of Appeals for the Third Circuit and the United States Supreme Court, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Signed: _____

Date: 4/22/08

John P. Elliott
Elliott Greenleaf & Siedzikowski, P.C.
925 Harvest Drive
Blue Bell, PA 19422
Tel: 215-977-1027
jpe@elliottgreenleaf.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the United States Supreme Court and the Supreme Court of Pennsylvania, the United States Court of Appeals for the Third Circuit, and the United States District Courts for the Eastern and Middle Districts of Pennsylvania, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Signed: *[signature]*

Date: 4-22-08

James C. Crumlish
Elliott Greenleaf & Siedzikowski, P.C.
925 Harvest Drive
Blue Bell, PA 19422
Tel: 215-977-1030
jccrumlish@elliottgreenleaf.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the United States Supreme Court, the Supreme Court of Pennsylvania, the Supreme Court of New Jersey, the United States Court of Appeals for the Third Circuit, and the United States District Courts for the Eastern and Middle Districts of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Signed: *[signature]*

Date: *April 22, 2008*

Frederick P. Santarelli
Elliott Greenleaf & Siedzikowski, P.C.
925 Harvest Drive
Blue Bell, PA 19422
Tel: 215-977-1024
fpsantarelli@elliottgreenleaf.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRIORITY HEALTHCARE CORPORATION : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> AETNA SPECIALITY PHARMACY, LLC : <br> and AETNA HEALTH HOLDINGS, LLC, : <br> : <br> Defendants. : | C.A. No. 08-00148-JJF |

**CERTIFICATE OF SERVICE**

I, William M. Kelleher, hereby certify that on April 28, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that the attached document was Electronically Mailed to the following person(s):

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19899-0951
rhorwitz@potteranderson.com
dmoore@potteranderson.com

/s/ *William M. Kelleher*
William M. Kelleher (#3961)
Neil R. Lapinski (#3645)
1000 West Street, Suite 1440
Wilmington, DE  19801
Tel:  (302) 384-9400
wmk@elliottgreenleaf.com
nrl@elliottgreenleaf.com