IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRIORITY HEALTHCARE CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 08-148-JJF |
| v. ) | |
| ) | |
| AETNA SPECIALITY PHARMACY, LLC, and ) | |
| AETNA HEALTH HOLDINGS, LLC, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Having considered Priority Healthcare Corporation's Motion for Leave to File Surreply (the "Motion"),

IT IS HEREBY ORDERED, this _____ day of _____, 2008, that the Motion is GRANTED. Priority Healthcare Corporation's Surreply (Exhibit A to the Motion) is deemed filed and served as of the date of this Order.

_____
U.S.D.J.