IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRIORITY HEALTHCARE CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AETNA SPECIALITY PHARMACY, LLC, and )<br>AETNA HEALTH HOLDINGS, LLC, )<br>)<br>Defendants. ) | C.A. No. 08-148-JJF |

## NOTICE OF MOTION

TO:   William M. Kelleher              John M. Elliott
      ELLIOTT GREENLEAF               ELLIOTT GREENLEAF & SIEDZIKOWSKI, P.C.
      1000 West Street, Suite 1440    925 Harvest Drive
      Wilmington, DE 19801            Blue Bell, PA 19422
      wmk@elliottgreenleaf.com        jme@elliottgreenleaf.com

PLEASE TAKE NOTICE that the attached Motion for Leave to File Surreply will be presented to the Court on June 6, 2008, at 2:00 p.m.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Joseph P. Conran
Christopher J. Valeriote
Omri E. Praiss
Christopher A. Smith
HUSCH BLACKWELL SANDERS LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-1530
Tel: (314) 480-1500

Dated: May 7, 2008
863194/ 32814

By: /s David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    1313 N. Market Street
    Hercules Plaza, 6th Floor
    Wilmington, DE 19801
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Plaintiff*
*Priority Healthcare Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on May 7, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on May 7, 2008, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| William M. Kelleher<br>Neil R. Lapinski<br>ELLIOTT GREENLEAF<br>1000 West Street, Suite 1440<br>Wilmington, DE 19801<br>wmk@elliottgreenleaf.com<br>nrl@elliottgreenleaf.com | John M. Elliott<br>John P. Elliott<br>James C. Crumlish<br>Frederick P. Santarelli<br>ELLIOTT GREENLEAF &<br>SIEDZIKOWSKI, P.C.<br>925 Harvest Drive<br>Blue Bell, PA 19422<br>jme@elliottgreenleaf.com<br>jpe@elliottgreenleaf.com<br>jccrumlish@elliottgreenleaf.com<br>fpsantarelli@elliottgreenleaf.com |

                                                /s/ *David E. Moore*
                                                Richard L. Horwitz
                                                David E. Moore
                                                POTTER ANDERSON & CORROON LLP
                                                Hercules Plaza, 6th Floor
                                                1313 North Market Street
                                                Wilmington, DE 19899-0951
                                                (302) 984-6000
                                                rhorwitz@potteranderson.com
                                                dmoore@potteranderson.com

861096 / 32814